IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) |
| | ) |
| BRIAN GALLAGHER | ) |

## INFORMATION

### COUNT I

THE UNITED STATES OF AMERICA CHARGES THAT:

On or about June, September 15, 2007, in Lackawanna County and within the Middle District of Pennsylvania, the defendant

**BRIAN GALLAGHER**

a postal service employee, did knowingly and willfully obstruct and retard the passage of the mail, by failing to deliver postal matter entrusted to the defendant's care, custody and control.

All in violation of Title 18, United States Code, Sections 1701 and 2.

*Martin C. Carlson*
**MARTIN C. CARLSON**
**ACTING UNITED STATES ATTORNEY**